50 F.3d 788
 Eric SCHROEDER, Plaintiff-Appellee,
v.
Pete McDONALD, Branch Administrator; Susan Segawa, Social
Worker; Ron Mico, Social Worker; George W.
Sumner, DPS Director; Roland Leong,
Prison Guard, Defendants-Appellants.
 No. 93-15169.
 United States Court of Appeals,
Ninth Circuit.
 March 27, 1995.
 
 Before: POOLE, WIGGINS and THOMAS G. NELSON, Circuit Judges.
 
 
 1
 The petition for rehearing is granted. The opinion filed at 41 F.3d 1272 (9th Cir.1994) is withdrawn.